**WINSTON & STRAWN LLP**

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

200 Park Avenue
New York, NY 10166-4193
+1 212-294-6700
+1 212-294-4700

MEMO ENDORSED

**KRISHNAN PADMANABHAN**
New York Managing Partner
+1 212-294-3564
KPadmanabhan@winston.com

May 27, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/25

OK.

*Colleen McMahon*
5/27/25

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 24A
New York, New York 10007

Re:  *AuthToken LLC v. City National Bank, An RBC Company*, Case No. 1:25-cv-03870
**Unopposed Letter Motion for Extension of Time to Respond to Complaint**

Dear Judge McMahon:

We represent Defendant City National Bank in the above-referenced matter and write to request a 45-day extension of time to answer or otherwise respond to the Complaint in this action. The original deadline to respond to the Complaint is June 3, 2025. Defendant hereby moves under Local Rules 5.2(b), 7.1(d), and the Court's Individual Practice V.H to extend the deadline to July 18, 2025. Plaintiff Auth Token consents to this extension.

Pursuant to the Court's Individual Practice I.D, Defendant states there have been no previous requests for extension of this date, and the requested extension does not affect any other scheduled dates (including the Court's Initial Pretrial Conference).

Sincerely,

s/Krishnan Padmanabhan

Krishnan Padmanabhan