## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Auth Token LLC, | Case No. 1:25-cv-03870-CM |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| City National Bank, An RBC Company, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2026

### ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The request to dismiss this matter with prejudice is hereby GRANTED.

*The court has already dismissed this action without prejudice. This will convert dismissal to with prejudice. The file is closed.*

SO ORDERED.

Dated: 1/27 , 2026
New York, New York

_____
COLLEEN MCMAHON
United States District Judge